UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE



**United States of America**

    **v.**                              Case No. 06-cr-92-01-PB

**Samuel Ogot, et al.**


                             **O R D E R**

    The defendant has moved to continue the October 3, 2006 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government and co-defendant Derrick Jennings do not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to finalize plea negotiations or properly prepare for trial, the court will continue the trial from October 3, 2006 to December 5, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendants in a speedy trial.

The September 19, 2006 final pretrial conference is continued until November 20, 2006 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 18, 2006

cc:  Donald Kennedy, Esq.
     Michael Iacopino, Esq.
     Terry Ollila, Esq.
     United States Probation
     United States Marshal