**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 05-cr-277-PB

<u>Derrick Jennings and
Samuel Ogot</u>

**O R D E R**

    Defendant Samuel Ogot has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government and co-defendant Jennings do not object to a continuance of the trial date.

    In order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from December 5, 2006 to March 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The November 20, 2006 final pretrial conference is continued until February 20, 2007 at 4:15 p.m.

No further continuances.

SO ORDERED.

~~/s/Paul Barbadoro~~
Paul Barbadoro
United States District Judge

November 20, 2006

cc: Michael Iacopino, Esq.
    Donald Kennedy, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal