```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 06-cr-92-PB

**Samuel Ogot, et al.**


**O R D E R**

    The defendant, through counsel, has moved to continue the August 21, 2007 trial in the above case, citing the need for additional time to complete plea negotiations or prepare for trial.  The government and co-defendant do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2007 to November 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial

The court will hold a final pretrial conference on October 25, 2007 at 4:30 p.m.

There will be no further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 11, 2007

cc: Michael Iacopino, Esq.
    Donald Kennedy, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal