```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 06-cr-92-PB

**Samuel Ogot, et al.**


### O R D E R

The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case, citing the need for additional time to negotiate a plea agreement or prepare for trial.  The government and co-defendant, Derrick Jennings, do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to December 4, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

    The court will hold a final pretrial conference on November 26, 2007 at 3:45 p.m.

    SO ORDERED.

                                                 /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

November 2, 2007

cc:  Michael Iacopino, Esq.
     Donald Kennedy, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal